470 A.2d 1026

Commonwealth v. Clifford, Appellant.

Submitted November 7, 1983. Judith A. Calkin, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the Court is affirmed in part and reversed in part, and the matter is remanded for an evidentiary hearing.

470 A.2d 1026

Commonwealth v. Conaway, Appellant.

Submitted November 7, 1983. Robert Bruce Evanick, Public Defender, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned York County Common Pleas Court Judge James E. Buckingham is affirmed.